TRAUB AMUSEMENT COMPANY, INC., Appellant, v. HARRY MACKLER, Individually and as President, etc., and Others, Defendants, Impleaded with F. RYAN, Individually and as President, etc., and Others, Respondents.— Order vacating judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

WOOLF INSTRUMENT CORPORATION, Respondent, v. MICHAEL WOOLF and Others, Appellants.— Order denying motion for an adjournment of trial affirmed, with ten dollars costs and disbursements. Appellant is remitted to his motion at Special Term for an order opening his default, in accordance with the accustomed practice. (*Mott* v. *Mott*, 134 App. Div. 569.) No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.